# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FELTON L. MATTHEWS, JR.,

    Plaintiff,

vs.

NEVADA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

Case No. 2:12-CV-00109-JCM-(CWH)

**ORDER**

    Defendant United States of America having filed a motion to extend the time to file a responsive pleading (#9), and good cause appearing;

    IT IS THEREFORE ORDERED that defendant United States of America's motion to extend the time to file a responsive pleading (#9) is **GRANTED**. The United States shall have through April 13, 2012, to file a responsive pleading.

    DATED February 9, 2012.

                                                              JAMES C. MAHAN
                                                            United States District Judge