# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FELTON L. MATTHEWS, JR., | |
| Plaintiff, | Case No. 2:12-cv-00109-JCM-CWH |
| vs. | **ORDER** |
| JAMES G. COX, *et al*., | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion to Add or Substitute Defendants (#13), filed February 15, 2012.

Subsequent to Plaintiff's motion, the Court entered its screening order dismissing the complaint in this action with leave to amend. *See* Order (#14). The dismissal of the complaint rendered Plaintiff's motion moot. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Add or Substitute Defendants (#13) is **denied as moot**.

DATED this 9th day of March, 2012.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**