# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FELTON L. MATTHEWS, JR.,

    Plaintiff,

vs.

JAMES G. COX, *et al*.,

    Defendants.

Case No. 2:12-cv-00109-JCM-CWH

**ORDER**

This matter is before the Court on Plaintiff's Motion to Add or Substitute Defendants (#13), filed February 15, 2012.

Subsequent to Plaintiff's motion, the Court entered its screening order dismissing the complaint in this action with leave to amend. *See* Order (#14). The dismissal of the complaint rendered Plaintiff's motion moot. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Add or Substitute Defendants (#13) is **denied as moot**.

DATED this 9th day of March, 2012.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**